1
2
3
4        **IN THE UNITED STATES DISTRICT COURT**
5        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
6
7    TERRY KITCHEN,                              CASE NO. CV F 08-0216 LJO GSA

8                                               **ORDER TO TRANSFER ACTION TO**
                      Plaintiff,                **COURT'S SACRAMENTO DIVISION**
9         vs.

10   HOME DEPOT, U.S.A., INC.,

11                    Defendant
                                        /
12

13        Review of the record reflects that this action was inadvertently filed in this Court's Fresno

14   Division although this Court's Sacramento Division is the proper venue.  As such this Court:

15        1.     TRANSFERS this action to this Court's Sacramento Division;

16        2.     DIRECTS the clerk to take necessary action to transfer this action to this Court's

17              Sacramento Division; and

18        3.     VACATES all pending dates before this Court's Fresno Division.

19        IT IS SO ORDERED.

20   **Dated:    February 15, 2008**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

                                        1